# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACEY FLETHER** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO. 10-5741** |
| | : | |
| **RAYMOND LAWLER, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY OF** | : | |
| **LEHIGH, and THE ATTORNEY GENERAL** | : | |
| **OF PENNSYLVANIA** | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW**, this 4th day of April, 2011, upon consideration of the Petition for Writ of

Habeas Corpus Under 28 U.S.C. § 2254 filed by petitioner, Tracey Fletcher (Document No. 1,

filed October 29, 2010), after review of the Report and Recommendation of Chief United States

Magistrate Judge Thomas J. Rueter dated February 22, 2011 (Document No. 11), and petitioner's

Objections to Magistrate Report and Recommendation (Document No. 13, filed March 11,

2011), for the reasons set forth in the Memorandum dated April 4, 2011, **IT IS ORDERED** as

follows:

1.  The Report and Recommendation of Chief United States Magistrate Thomas J.
    Rueter dated February 22, 2011 ,is **APPROVED** and **ADOPTED**;

2.  Petitioner's Objections to Magistrate Report and Recommendation are
    **OVERRULED**;

3,   The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 filed by Tracey
    Fletcher is **DENIED** and **DISMISSED WITHOUT AN EVIDENTIARY**
    **HEARING;** and,

4.     A certificate of appealability **WILL NOT ISSUE** for any of petitioner's claims

because reasonable jurists would not debate whether the petition states a valid

claim of the denial of a constitutional right as required under 28 U.S.C.

§ 2253(c)(2). *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).


**BY THE COURT:**


**/s/ Jan E. DuBois**
                    **JAN E. DUBOIS, J.**